UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRAMBY A. TOLLEN,<br><br>    Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY ASSOCIATION OF SCHOOL ADMINISTRATION AND PROFESSIONAL EMPLOYEES,<br><br>    Defendant(s). | Case No. 2:15-cv-01096-JAD-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 21) |

  Pending before the Court is a motion to withdraw as attorney for Plaintiff. Docket No. 21. The Court hereby **SETS** a hearing on the motion for 3:30 p.m. on March 2, 2016, in Courtroom 3A. Plaintiff and her current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than February 19, 2016, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than February 24, 2016.

  IT IS SO ORDERED.

  DATED:   February 17, 2016

              _____
              NANCY J. KOPPE
              United States Magistrate Judge