# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRAMBY A. TOLLEN,<br><br>                Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY ASSOCIATION OF SCHOOL ADMINISTRATION AND PROFESSIONAL EMPLOYEES,<br><br>                Defendant(s). | Case No. 2:15-cv-01096-JAD-NJK<br><br>ORDER<br><br><br>(Docket Nos. 21, 25, 27, 28) |

Pending before the Court are four motions filed by Plaintiff and her attorney: (1) a motion for Plaintiff's counsel to withdraw, Docket No. 21; (2) a motion to stay proceedings while Plaintiff retains a new attorney, Docket No. 25; (3) a motion to substitute by which Plaintiff is seeking to proceed *pro se*, Docket No. 27; and (4) a motion to withdraw the motion to withdraw, Docket No. 28. Defendant filed a response opposing the motion to stay. Docket No. 26. The Court finds these motions properly resolved without a hearing, *see* Local Rule 78-2, and the hearing previously set for March 2, 2016 is hereby **VACATED**.

For good cause appearing, the motion to substitute (Docket No. 27) is **GRANTED** and Plaintiff will proceed in this case *pro se*. The Clerk's Office is **INSTRUCTED** to update the docket with Plaintiff's address. *See* Docket No. 27-1. Plaintiff is reminded that *pro se* parties must comply with all applicable rules and that the failure to do so may result in significant sanctions, up to and including dismissal of her case. *See, e.g.*, *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

Given that Plaintiff is proceeding *pro se*, the motion to stay proceedings while she retains new counsel (Docket No. 25) is **DENIED** as moot.

The motions at Docket Nos. 21 and 28 are similarly **DENIED** as moot.

IT IS SO ORDERED.

DATED:   February 26, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge