# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRAMBY A. TOLLEN, | Case No. 2:15-cv-01096-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| CLARK COUNTY ASSOCIATION OF SCHOOL ADMINISTRATION AND PROFESSIONAL EMPLOYEES, | (Docket No. 30) |
| Defendant(s). | |

Pending before the Court Plaintiff's motion to extend. Docket No. 30. The Court hereby ORDERS that any response must by filed by March 14, 2016, and any reply must be filed no later than March 24, 2016.

IT IS SO ORDERED.

DATED: March 10, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge