AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Bramby A. Tollen

　　　　　　　　　Plaintiff,

V.

Clark County Association of School
Administration and Professional Employees

　　　　　　　　　Defendant.

**JUDGMENT FOR ATTORNEY'S FEES IN A CIVIL CASE**

Case Number: 2:15-cv-01096-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the Union's Motion for Attorney's Fees is GRANTED; the Union is awarded $58,341 in fees.

December 5, 2016　　　　　　　　　　　　　　　/s/ Lance S. Wilson

Date　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　/s/ M. Morrison

　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk